|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZAFAR NEYMATOV, et al., | | Case No. 1:24-cv-01016-CDB |
| | Plaintiffs, | ORDER ON STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
| v. | | |
| ANTONY BLINKEN, et al., | | (Doc. 8) |
| | Defendants. | |

Pending before the Court is the parties' first stipulated request to extend the time for Defendants to respond to Plaintiffs' first amended complaint.  (Doc. 8).  The parties represent this case concerns a set of visa applications of the non-citizen Plaintiffs in this case.  *Id.* at 1:20–21.  The parties anticipate that a consular official will be able to complete the adjudication of the visa applications in this case shortly, following the receipt of the requested documents from the applications, which is expected to render this action moot.  *Id.* at 1:21–23.  The parties request that the new date for Defendants to file an answer or other dispositive pleading be extended to December 30, 2024.  *Id.* at 2:1–2.  The parties further request that all other filing deadlines be similarly extended.  *Id.*

///

///

Good cause appearing, IT IS HEREBY ORDERED the Defendants shall have until December 30, 2024, to respond to the complaint by filing an answer or other responsive pleading. *See* Local Rule 144(a).

And it is FURTHER ORDERED that the scheduling conference set for November 20, 2024, is continued to January 13, 2025, at 10:00AM.

IT IS SO ORDERED.

Dated: **October 29, 2024**

UNITED STATES MAGISTRATE JUDGE