UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFAR NEYMATOV, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, et al., <br><br> Defendants. | Case No. 1:24-cv-01016-CDB <br><br> ORDER ON STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT <br><br> (Doc. 10) <br><br> ORDER RESETTING SCHEDULING CONFERENCE |

On August 27, 2024, Plaintiffs Zafar Neymatov, Alia Sanatulova, Alexsandr Komarov, and Maria Neymatova[1] (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants Antony J. Blinken (Secretary of the U.S. Department of State), Rena Bitter (Assistant Secretary of Bureau of Consular Affairs), Kate McGeary (Director of National Visa Center), and Michelle Yerkin (Consul General, Almaty, Kazakhstan) (collectively, "Defendants"). (Doc. 1).

On October 29, 2024, the Court granted the parties' first extension of time for Defendants

---

[1] Plaintiff Maria Neymatova, originally identified as "M.N." in the original complaint (Doc. 1), is the child of Plaintiffs Zafar Neymatov and Alia Sanutulova. (Doc. 6). On August 30, 2024, the Court ordered Plaintiffs to file either a motion for Plaintiff "M.N." to proceed pseudonymously in this action or a first amended complaint identifying Plaintiff "M.N." by full name on or before September 13, 2024. (*Id.* at 2). Plaintiffs filed their first amended complaint on September 7, 2024, wherein Plaintiff "M.N." is identified as Maria Neymatova. (Doc. 7 ¶ 5).

to respond to the complaint by filing an answer or other responsive pleading until December 30, 2024, and continued the scheduling conference to January 13, 2025.  (Doc. 9).

Pending before the Court is the parties' second stipulated request to extend the time for Defendants to respond to Plaintiffs' first amended complaint.  (Doc. 10).  The parties represent this case concerns a set of visa applications of the non-citizen Plaintiffs in this case.  (*Id.*).  The parties represent that Plaintiffs have successfully submitted the requested documentation and a consular interview has been scheduled in this case for January 21, 2025.  (*Id.*).  The parties anticipate that a consular official will be able to complete the adjudication of the visa applications following the consular interview.  (*Id.*).  The parties request that the new date for Defendants to file an answer or other dispositive pleading be extended to January 31, 2025.  (*Id.*).  The parties further request that all other filing deadlines be similarly extended.  (*Id.*).

Good cause appearing, IT IS HEREBY ORDERED the Defendants shall have until January 31, 2025, to respond to the complaint by filing an answer or other responsive pleading.  *See* Local Rule 144(a).

And it is FURTHER ORDERED that the scheduling conference set for January 13, 2025, is continued to February 12, 2025, at 10:00 AM.

IT IS SO ORDERED.

Dated:   **December 9, 2024**                               _____
                                                                                    UNITED STATES MAGISTRATE JUDGE