UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFAR NEYMATOV, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01016-CDB <br><br> ORDER ON STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT <br><br> (Doc. 12) <br><br> ORDER VACATING SCHEDULING CONFERENCE |

On August 27, 2024, Plaintiffs Zafar Neymatov, Alia Sanatulova, Alexsandr Komarov, and Maria Neymatova[1] (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants Antony J. Blinken (Secretary of the U.S. Department of State), Rena Bitter (Assistant Secretary of Bureau of Consular Affairs), Kate McGeary (Director of National Visa Center), and Michelle Yerkin (Consul General, Almaty, Kazakhstan) (collectively, "Defendants"). (Doc. 1).

On October 29, 2024, the Court granted the parties' first extension of time for Defendants

---

[1] Plaintiff Maria Neymatova, originally identified as "M.N." in the original complaint (Doc. 1), is the child of Plaintiffs Zafar Neymatov and Alia Sanutulova. (Doc. 6). On August 30, 2024, the Court ordered Plaintiffs to file either a motion for Plaintiff "M.N." to proceed pseudonymously in this action or a first amended complaint identifying Plaintiff "M.N." by full name on or before September 13, 2024. (*Id.* at 2). Plaintiffs filed their first amended complaint on September 7, 2024, wherein Plaintiff "M.N." is identified as Maria Neymatova. (Doc. 7 ¶ 5).

to respond to the complaint by filing an answer or other responsive pleading until December 30, 2024, and continued the scheduling conference to January 13, 2025. (Doc. 9).

On December 9, 2024, the Court granted the parties' second extension of time for Defendants to respond to the complaint by filing an answer or other responsive pleading until January 31, 2025, and continued the scheduling conference to February 12, 2025. (Doc. 11).

Pending before the Court is the parties' third stipulated request to extend the time for Defendants to respond to Plaintiffs' first amended complaint. (Doc. 12). The parties represent this case concerns a set of visa applications of the non-citizen Plaintiffs in this case. (*Id.*). The parties anticipate that a consular official will be able to complete the adjudication of the visa applications shortly, following the receipt of additional requested documents from the applicants, which is expected to render this lawsuit moot. (*Id.*). The parties request that the new date for Defendants to file an answer or other dispositive pleading be extended to April 12, 2025. (*Id.*). The parties further request that all other filing deadlines be similarly extended and that the initial status conference, currently set for February 12, 2025, be vacated and reset. (*Id.*).

Good cause appearing, IT IS HEREBY ORDERED the Defendants shall have until April 12, 2025, to respond to the complaint by filing an answer or other responsive pleading. *See* Local Rule 144(a).

And it is FURTHER ORDERED that the scheduling conference set for February 12, 2025, is VACATED to be reset as necessary following the Defendants' filing of an answer or other responsive pleading.

IT IS SO ORDERED.

Dated: __**January 24, 2025**__        _____
                                                                UNITED STATES MAGISTRATE JUDGE